UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO EQUIPMENT FINANCE, INC.,

                            Plaintiff,

-v-

JOSEPH COHEN AND EDWARD COHEN,

                            Defendants.

25 Civ. 4095

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court today held an initial pretrial conference with the parties. All parties agreed that All Season Power LLC is not a necessary party to the case, and that the Court has subject-matter jurisdiction to hear this case.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 23, 2025
       New York, New York