UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO EQUIPMENT, INC.,

                                      Plaintiff,

                    -v-

COHEN *et al.*,

                                      Defendants.

---

25 Civ. 4095 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 6, 2026, the Court so-ordered plaintiff's stipulation of dismissal without

prejudice as to all claims asserted against defendant Edward Cohen, and directed the Clerk of

Court to terminate Edward Cohen from this action. Dkt. 21. As to defendant Joseph Cohen,

however, this case remains stayed on account of his bankruptcy. Dkt. 17.

Accordingly, plaintiff is directed to file a letter on the docket by **February 23, 2026,**

stating whether, in the event the stay is lifted, plaintiff intends to proceed with its claims against

Joseph Cohen, or whether the stipulation of dismissal was intended to encompass those claims

such that the Court may direct the Clerk of Court to terminate this action in its entirety.

        SO ORDERED.

                                    *Paul A. Engelmayer*
                                    _____
                                    PAUL A. ENGELMAYER
                                    United States District Judge

Dated: February 17, 2026
        New York, New York